

# Fourth Court of Appeals
## San Antonio, Texas

February 18, 2020

No. 04-19-00722-CV

Eric **LOPEZ**,
Appellant

v.

**ROCKY CREEK PARTNERS, LLC**,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-13865
Honorable Laura Salinas, Judge Presiding

# O R D E R

    The Appellee's Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the appellee's brief is this date GRANTED. Time is extended to March 23, 2020.

**PER CURIAM**

ATTESTED TO: _____
Michael A. Cruz,
Clerk of Court